CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 NOV -1 PM 1:00

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COUR0
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JAICOURRIE DEWAYNE FINLEY,          §
                                    §
            Petitioner,             §
                                    §
v.                                  §          2:10-CV-0152
                                    §
RICK THALER,                        §
Director, Texas Dep't of Criminal Justice,  §
Correctional Institutions Division, §
                                    §
            Respondent.             §

## ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus purportedly challenging a prison disciplinary proceeding. On October 4, 2010, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein the petition for a writ of habeas corpus be dismissed. As of this date, petitioner has not filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the Motion to Dismiss filed by respondent is GRANTED, and the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____1st_____ day of _____November_____ 2010.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE